[Nos. 18868-0-III; 19367-5-III. Division Three. August 14, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD L. RIGGINS, *Appellant*.

Appeals from judgments of the Superior Court for Yakima County, No. 99-1-01434-6, James P. Hutton, J., entered October 25, 1999, and May 15, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 19237-7-III. Division Three. August 14, 2001.]

H&G SOD COMPANY, INC., *Appellant*, v. GAIL A. EASTERDAY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 98-2-50258-7, Vic L. VanderSchoor, J., entered March 14, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 24639-2-II. Division Two. August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CELESTE MARIE ELLIOT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02044-1, Marywave Van Deren and Bryan E. Chushcoff, JJ., entered April 8, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 24855-7-II. Division Two. August 17, 2001.]

MARY K. LINDLEY, *Respondent*, v. KARL M. FALER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-30139-8, Paula Casey, J., entered April 3, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.